**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN JACOB GULLATT, III<br><br>Plaintiff,<br><br>v.<br><br>JEFF DIRSKE, et al.,<br><br>Defendants. | CASE NO. 1:20-cv-00473-EPG<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION, ASSIGN A DISTRICT JUDGE, AND ISSUE ALL APPLICABLE STANDING ORDERS, SCHEDULING ORDERS, AND PROCESS<br><br>ORDER VACATING FIRST INFORMATIONAL ORDER IN PRISONER / CIVIL DETAINEE CIVIL RIGHTS CASE<br><br>(ECF No. 3) |

Plaintiff John Jacob Gullatt, III, a prisoner proceeding *pro se*, filed the complaint commencing this action on April 2, 2020. (ECF No. 1). On April 3, 2020, the Court issued a First Informational Order in Prisoner / Civil Detainee Civil Rights case. (ECF No. 3). That order is provided in cases brought by a prisoner challenging aspects of his or her detention. Upon additional review, the Court has discerned that Plaintiff's complaint concerns activities that happened before his detention. Accordingly, that April 3, 2020 order is not relevant.[1]

Accordingly, the Court HEREBY ORDERS:

1. That the First Informational Order in Prisoner / Civil Detainee Civil Rights Case (ECF

---

[1] The Court notes that some aspects of the order may still be useful for Plaintiff as background information.

1

No. 3) be VACATED;

2. That the Clerk of Court re-designate this action as a 440 civil action;

3. That the Clerk of Court assign a district judge to this case; and

4. That the Clerk of Court issue all applicable standing orders, scheduling orders, and process.

IT IS SO ORDERED.

Dated: **July 17, 2020**                           /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE