**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN JACOB GULLATT, III<br><br>Plaintiff,<br><br>v.<br><br>JEFF DIRSKE, et al.,<br><br>Defendants. | CASE NO. 1:20-cv-00473-EPG<br><br>ORDER RECALLING SUMMONS<br><br>(ECF Nos. 10, 11) |

On July 20, 2020, the Court issued an order to redesignate this case and ordered the "the Clerk of Court to issue all applicable . . . process." (ECF No. 12). In connection therewith, the Clerk of Court issued summons. (ECF Nos. 10-11). This was premature, for the case has not yet been screened. As this case is proceeding *in forma pauperis*, the Court must screen the case and will do so in due course. *See* 28 U.S.C. § 1915(e)(2).

Accordingly, the Court HEREBY ORDERS that all summons in this case (ECF Nos. 10 and 11) are HEREBY RECALLED.

IT IS SO ORDERED.

Dated: **July 21, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1